UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 3:13-00005 |
| v. ) | |
| ) | JUDGE SHARP |
| ENRIQUE SANCHEZ-VILLAGOMEZ ) | |

## MOTION TO RETURN TO STATE CUSTODY

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully requests the Honorable Court to return defendant, Enrique Sanchez-Villagomez, to the Davidson County, Tennessee state authorities for purposes of his state proceedings.

In support of this motion, the undersigned submits the defendant is currently set to have a discussion hearing on state charges in *State of Tennessee v. Enrique Villa Gomez*, Case No. 2012-D-2844, in Davidson County Criminal Court in Nashville, Tennessee on June 19, 2013. The United States submits that releasing the defendant to state authorities for the purpose of his discussion hearing will not interfere with any of his upcoming federal court dates. Therefore, the United States respectfully request that the Honorable Court release the defendant to the state authorities, so that he may be present for his discussion hearing on June 19, 2013.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*s/ Blanche B. Cook*
BLANCHE B. COOK
Assistant United States Attorney
110 9th Avenue South, Suite A-961
Nashville, Tennessee 37203
(615)736-5151