**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**


**UNITED STATES OF AMERICA**        )
                                    )
**v.**                              )    **CASE NO. 3:13-00005**
                                    )    **JUDGE SHARP**
**ENRIQUE SANCHEZ-VILLAGOMEZ**       )

## O R D E R


     A hearing on a plea of guilty in this matter is hereby scheduled for Wednesday, July 10,

2013, at 1:30 p.m.

     It is so ORDERED.


_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE