UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00005 |
| | ) | JUDGE SHARP |
| ENRIQUE SANCHEZ-VILLAGOMEZ | ) | |

## O R D E R

Pending before the Court is a Second Joint Motion to Continue Sentencing Hearing (Docket No. 24).

The motion is GRANTED and the sentencing hearing set for October 18, 2013, is hereby rescheduled for Thursday, October 24, 2013, at 10:30 a.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE