UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 3:13-00005 |
| | ) | JUDGE SHARP |
| ENRIQUE SANCHEZ-VILLAGOMEZ | ) | |

## **O R D E R**

The sentencing hearing set for October 24, 2013, is hereby continued to Friday, November 22, 2013, at 3:30 p.m.

The Government has until Friday, November 8, 2013, to file a response to the Motion of Defendant Enrique Sanchez-Villagomez for a Mitigated Sentence and Variance Below the Sentencing Guidelines (Docket No. 26).

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE